IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV319

| | | |
|---|---|---|
| DEBORAH G. ADAMS, | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | MOTION FOR ADMISSION |
| | ) | PRO HAC VICE |
| v. | ) | |
| | ) | |
| THE CATO CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Deborah G. Adams to allow **David F. Stoddard** to appear *Pro Hac Vice*, filed April 18, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Stoddard has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 18, 2006

Graham C. Mullen
United States District Judge